UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
TYRONE MCDOUGLE,

                Plaintiff,

         -against-                           07-CV-9686 (PAC)

SMITHKLINE BEECHAM CORPORATION,
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

                Defendants.
---------------------------------------------------------x

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendant, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, SmithKline Beecham Corporation d/b/a GlaxoSmithKline. No publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

-2-

Dated: December 4, 2007

_____
Kenneth J. King (KK 3567)
Suzanne M. D'Amico (SD 3581)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Phone: (212) 808-2700
Email: kingk@pepperlaw.com

and

Nina M. Gussack, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Attorneys for Defendant SmithKline Beecham
Corporation d/b/a GlaxoSmithKline

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2007, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing and transmission of a Notice of Electronic Filing to the following ECF registrants:

>David Ratner
>Victoria J. Maniatis (VM 6388)
>MORELLI RATNER PC
>950 Third Avenue
>New York, New York 12550

_____
Kenneth J. King