NOV. 28. 2007  3:30PM 3:19     PEPPER HAMILTON LLP     NO. 4465   P. 4/87 0/0

CROTTY, J.

```
┌─────────────────────────────┐
│ USDS SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____             │
│ DATE FILED: DEC 1 3 2007     │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
TYRONE MCDOUGLE,

        Plaintiff,

    -against-                   07-CV-9686 (PAC)

SMITHKLINE BEECHAM CORPORATION,      STIPULATION AND ORDER
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

        Defendants.
--------------------------------------------------------x

    IT IS HEREBY STIPULATED by counsel for the above-captioned Plaintiff and

Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK")(also improperly

named as SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE), that the

time for Defendant GSK to move, plead or otherwise respond to the Plaintiff's Complaint is

hereby extended until 30 days after both final transfer of the case to the MDL and the issuance of

a Case Management Order, absent any direction by the Court to the contrary.

Dated: November 28, 2007

David Ratner
Victoria J. Maniatis (VM 6388)
MORELLI RATNER PC
950 Third Avenue
New York, New York 12550

Attorneys for Plaintiff Tyrone McDougle

Kenneth J. King (KK 3567)
Suzanne D'Amico (SD 3581)
PEPPER HAMILTON LLP
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405

and

Nina M. Gussack, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Attorneys for Defendant
SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

SO ORDERED.

United States District Judge

Dated: December 13, 2007

# Pepper Hamilton LLP
#### Attorneys at Law

The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
212.808.2700
Fax 212.286.9806

Kenneth J. King
direct dial: 212-808-2703
direct fax: 212-658-9301
kingk@pepperlaw.com

December 12, 2007

Via E-mail

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 20-C
New York, NY 10007

Re:    McDougle v. SmithKline Beecham 07 CV 9686

Dear Judge Crotty:

As counsel to defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline, we are re-submitting the attached stipulation for an extension of time to respond to Plaintiff's Complaint in the above referenced matter. The original deadline to respond to the Complaint was November 28, 2007. This stipulation, initially submitted to the Court on November 28, 2007, represents the first request for an extension of time in this matter.

This case involves allegations of personal injury due to plaintiff's use of the prescription medication Avandia. On October 16, 2007, the United States Judicial Panel on Multidistrict Litigation ("JPMDL") ordered that all Avandia cases filed in federal court would be consolidated and transferred to the Eastern District of Pennsylvania to the Honorable Cynthia M. Rufe. On November 14, 2007, defendant filed a Notice of Potential Tag-Along Actions with the Eastern District of Pennsylvania (attached). The *McDougle* case is listed on that Notice as a potential tag-along action. We anticipate that this case will be transferred to the MDL in the near future, and as such, have requested an extension of time to respond to the Complaint until the case is transferred. As indicated in the attached stipulation, counsel for the plaintiff has consented to our request.

**Pepper Hamilton LLP**
Attorneys at Law

The Honorable Paul A. Crotty
Page 2
December 12, 2007

      Please do not hesitate to call me at 212-808-2703 if you have any questions or comments. Thank you for your consideration.

Respectfully,

Kenneth J. King

Enclosures

cc:   Victoria J. Maniatis
      Morelli Ratner PC
      950 Third Avenue
      New York, NY 10022

**Pepper Hamilton LLP**
Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215.981.4750

Matthew J. Hamilton
direct dial: 215-981-4053
hamiltonm@pepperlaw.com

November 14, 2007

Via FedEx

Jeffrey N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

Re:    In re: Avandia Marketing, Sales Practices and Products Liability Litigation
       MDL Docket No. 1871

Dear Mr. Lüthi:

On behalf of SmithKline Beecham Corporation d/b/a GlaxoSmithKline I enclose for filing a Notice of Potential Tag-Along Actions. I enclose a self-addressed, stamped envelope for your convenience in returning a filed stamped copy to me for our files.

Additionally, two actions have been filed directly in the transferee court and assigned to the Honorable Cynthia M. Rufe as related actions:

Jimmy Farmer et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline
No. 2:07-cv-04572-CMR (E.D.P.A.)
Lee R. Wagner et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline
No. 2:07-cv-04668-CMR (E.D.P.A.)

I enclose copies of the complaints for your file.

Respectfully,

Matthew J. Hamilton

cc:  Service list attached, via First Class Mail

Philadelphia    Boston    Washington, D.C.    Detroit    New York    Pittsburgh
Berwyn    Harrisburg    Orange County    Princeton    Wilmington
www.pepperlaw.com

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Avandia Marketing, Sales Practices,   )
and Products Liability Litigation   )
                                    )
                                    )     MDL No. 1871
                                    )
                                    )

## NOTICE OF POTENTIAL TAG ALONG ACTIONS (LAYTON ET AL.)

SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK"), pursuant to

Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby

notifies the Clerk of the Panel of potential tag-along actions as set forth in the attached Schedule

and states as follows:

1.      By Transfer Order dated October 16, 2007, the Panel ordered that two

actions subject to a plaintiff's Motion for Transfer be transferred to the District Court for the

Eastern District of Pennsylvania and assigned to the Honorable Cynthia M. Rufe for coordinated

and consolidated pretrial proceedings.

2.      There are now additional actions pending in federal courts that involve

common questions of fact and law. The potential tag along actions are listed on the attached

Schedule.

3.      Copies of the Complaints are attached hereto for the Panel's Convenience.

4.     The potential tag-along actions, like those actions previously transferred, involve allegations that plaintiffs ingested Avandia® and suffered injuries as a result.

5.     Transfer of the potential tag-along actions to the Eastern District of Pennsylvania for consolidated and coordinated pre-trial proceedings is therefore appropriate for the same reasons as set forth in the Panel's Transfer Order.

Respectfully submitted,

Nina M. Gussack
Matthew J. Hamilton
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000
Counsel for SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

Dated: November 14, 2007

## SCHEDULE

| Name Of Action | District Court | Civil Number | Judge (if assigned) |
|---|---|---|---|
| Mary Layton, individually and as Personal Representative of the Estate of William Layton, Sr. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline | Northern District of Florida (Pensacola) | 3:07-cv-00476-MCR-MD | Hon. M. Casey Rodgers |
| Allen Stepner v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline | Southern District of Florida (Miami) | 9:07-cv-80927-KLR | Hon. Kenneth L. Ryskamp |
| Lisa Mae Thomas v. SmithKline Beecham Corporation, GlaxoSmithKline and SmithKline Beecham Corporation d/b/a GlaxoSmithKline | District of Maryland | 1:07-cv-02799-RDB | Hon. Richard D Bennett |
| Mary Ann Paparella v. SmithKline Beecham Corporation, GlaxoSmithKline and SmithKline Beecham Corporation d/b/a GlaxoSmithKline | Southern District of New York | 1:07-cv-09683-DAB | Hon. Deborah A. Batts |
| Tyrone McDougle v. SmithKline Beecham Corporation, GlaxoSmithKline and SmithKline Beecham Corporation d/b/a GlaxoSmithKline | Southern District of New York | 1:07-cv-09686-PAC | Hon. Paul A. Crotty |
| Pamela Putillion v. SmithKline Beecham Corporation, GlaxoSmithKline and SmithKline Beecham Corporation d/b/a GlaxoSmithKline | Southern District of New York | 2:07-cv-09685-VM | Hon. Victor Marrero |
| Rita Shifflett, Individually and as Personal Representative of the Estate of Loyd B. Shifflett, Deceased; Scott Shifflett; Greg Shifflett; and Kelly Posey v. SmithKline Beecham Corporation, GlaxoSmithKline and SmithKline Beecham Corporation d/b/a GlaxoSmithKline | Northern District of Texas (San Angelo) | 6:07-cv-00045 | Hon. Sam R Cummings |

## CERTIFICATE OF SERVICE

I, Matthew J. Hamilton, hereby certify that on November 14, 2007, I caused to be served a true and correct copy of the foregoing Notice of Potential Tag-Along Actions upon the following by United States Mail, first class postage prepaid:

Victoria J. Maniatis, Esq.
Morelli Ratner PC
950 Third Avenue
New York, NY 10022

David Eisbrouch, Esq.
Balkin & Eisbrouch, LLC
50 Main Street
Hackensack, NJ 07061

Anthony A. Sharp
CRC Dorm 301-22VP
P.O. Box 3535
Norco, CA 92860

Bruce D. Burtoff, Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960

W. Mark Lanier, Esq.
The Lanier Law Firm, PLLC
126 E. 56th Street, 6th Floor
New York, NY 10022

Shepard A. Hoffman, Esq.
4514 Cole Avenue, Suite 806
Dallas, TX 75205

Neil D. Overholtz, Esq.
Aylstock, Witkin, Kreis & Overholtz, P.L.L.C.
803 North Palafox Street
Pensacola, FL 32501

Vance Andrus, Esq.
Andrus, Boudreaux, Lemoine & Tonore
416 W. Main Street
Lafayette, LA 70501

_____
Matthew J. Hamilton